By the Gourt.
 

 This Court are of opinion that the Circuit Court acted correctly ; because the cause was transferred to that court, which by the first Act was directed to take jurisdiction of it. The supplemental Act did not intend to make any change in this respect as to the causes then pending, but to make a provision for suits thereafter to be commenced. It was competent for the Legislature to point out any county they might choose where the suits should be tried. The clerk could send it to none other but the- one to which he did send it.
 

 It is also urged'that the judgment of the Circuit Court is erroneous, it having concluded with a
 
 capiatur.
 
 Run. Ejt. 405. We conceive the conclusion of the judgment to be right, though it would have been as well to have concluded
 
 ‘in misericordia.